IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                                                    Case No. 5:05cr11/MCR

**BINA MARIA LUCCHESI**
_____/

**O R D E R**

By order dated September 11, 2006, the court directed that a psychiatric or psychological evaluation of defendant be conducted. (Doc. 42).  Presently before the court are the October 2, 2006 forensic evaluation prepared at the court's instruction by forensic psychologist Trent H. Evans, Ph.D., along with a cover letter from the warden of the facility at which defendant is confined, and a letter from Dr. Evans dated October 3, 2006.[1]  The parties have received copies of all three items.

Dr. Evans' forensic evaluation reflects that defendant is not presently suffering from symptoms of a mental disease or defect as a result of which her release would create a substantial risk of bodily injury to another person or severe damage to property of another.

The parties shall advise the court of their positions, in light of Dr. Evans' report and finding of nondangerousness, regarding the status of the prosecution of this case and defendant's confinement.  The parties shall file their responses no later than 12:00 p.m. (Central time), Tuesday, October 10, 2006.

DONE and ORDERED this 6th day of October, 2006.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendant is presently hospitalized at the Federal Medical Center, Carswell, ("FMCC"), where Dr. Evans performed his examination.