**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PAMANA DIVISION**

UNITED STATES OF AMERICA

    VS                                                          CASE NO. 5:05cr11/MCR

BINA LUCCHESI

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   March 31, 2010
Motion/Pleadings: MOTION FOR LEAVE TO DISMISS
Filed by  Government  on  3/31/2010  Doc.#   61
RESPONSES:
                                          on               Doc.#
                                          on               Doc.#

      Stipulated          Joint Pldg.
 X   Unopposed         Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        s/ *Susan Simms*
LC (1 OR 2)                      Deputy Clerk: Susan Simms

## ORDER

    *Upon consideration of the foregoing, it is ORDERED this 31st day of March, 2010, that:*

    *The relief requested is GRANTED.*

                                                s/ *M. Casey Rodgers*
                                                  *M. CASEY RODGERS*
                                                *United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

                                              Document No.